BEFORE THE FIRST DIVISION, JUNE 11, 1952

No. 56757.—Samuel S. Perry v. United States, protest 625854–G (Seattle).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 56758.—James Loudon & Co. for E. Morris Smith v. United States, protest 68932–K (Los Angeles).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 56759.—Molins Machine Company, Inc. v. United States, protests 174607–K, 174608–K, and 174609–K (Norfolk).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 56760.—John J. Edmunds v. United States, protest 179098–K (Portland, Maine).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.